HEATHER E. WILLIAMS, CA #122664
Federal Defender
REED GRANTHAM, CA #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KEVRON BYRD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00241-NONE-SKO |
| Plaintiff, | **ORDER FOR TEMPORARY RELEASE** |
| vs. | |
| KEVRON BYRD, | |
| Defendant. | |

Upon consideration of Defendant Kevron Byrd's (**PID: 7097034; BK: 2126186**) motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Byrd is to be released to the custody of Larisha Temple and Norma Jean Turner at 8:00 a.m. on Friday, January 7, 2022. Ms. Temple and Ms. Turner shall transport Mr. Byrd directly and only to the Jesse E. Cooley Funeral Home, located at 1830 South Fruit Avenue, in Fresno, California 93706, and then directly and only to Fresno Memorial Gardens, located at 175 South Cornelia Avenue, in Fresno, California 93706, to attend the funeral proceedings for his brother, Quintin Lee Jackson. Thereafter, Mr. Byrd shall return to the Fresno County Jail after the conclusion of the burial service, but no later than 3:00 p.m. on January 7, 2022, regardless of whether the service is concluded. While on release, Mr. Byrd is ordered to obey all laws and remain at all times in the presence of Ms. Temple and Ms. Turner.

//

IT IS SO ORDERED.

Dated: **January 4, 2022**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE