HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KEVRON BYRD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00241-JLT-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| KEVRON BYRD, | Date:  July 22, 2022 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Laura Jean Berger, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Kevron Byrd, that the sentencing hearing currently scheduled in the above-captioned matters for July 15, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston, be continued to July 22, 2022, at 9:00 a.m.

On March 25, 2022, Mr. Byrd entered a guilty plea to Count 1 of the Indictment filed on October 7, 2021. *See* Dkt. #34, #6. At that time, the matter was set for sentencing on June 17, 2022. *See* Dkt. #34. The draft Presentence Investigation Report (PSR) was filed on May 5, 2022, and a final PSR was filed on May 25, 2022. *See* Dkt. #35, #36.

The defense remains engaged in the process of requesting additional records and documents relevant for sentencing in this matter. Specifically, the defense has requested records

from the Fresno County Superior Court that it believes is relevant to sentencing in this case. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. Additionally, the parties request that the due date for any formal objections to the PSR be modified so that any formal objections are to be filed on or before July 15, 2022. As this is a sentencing hearing, no exclusion of time is necessary.

|  |  |
|---|---|
|  | Respectfully submitted, <br> PHILLIP A. TALBERT <br> United States Attorney |
| Date: July 7, 2022 | */s/ Laura Jean Berger* <br> LAURA JEAN BERGER <br> Assistant United States Attorney <br> Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS <br> Federal Defender |
| Date: July 7, 2022 | */s/ Reed Grantham* <br> REED GRANTHAM <br> Assistant Federal Defender <br> Attorney for Defendant <br> KEVRON BYRD |

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Friday, July 15, 2022, at 9:00 a.m. be continued to Friday, July 22, 2022, at 9:00 a.m. before the Honorable Jennifer L. Thurston. Any formal objections to the Presentence Investigation Report are to be filed on or by July 15, 2022.

IT IS SO ORDERED.

Dated:   **July 7, 2022**

UNITED STATES DISTRICT JUDGE

Byrd – Stipulation
and Proposed Order