CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:  (559) 779-2315
Facsimile:   (559) 442-1567

Attorney for Defendant
Kevron Marques Byrd

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| UNITED STATES OF AMERICA, | Court Case#:  1:21-cr-00241-JLT |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND [P~~ROPOSE~~D ORDER]** |
| v. | |
| Kevron Marques Byrd | |
| Defendant. | |

On April 25, 2025, a petition on violation of supervised release was filed against Defendant Byrd. CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Mr. Byrd on May 20, 2025 in his criminal case. Mr Byrd was sentenced ona violation of supervised release on July14, 2025. The time for filing a direct appeal was July 30, 2025. No direct appeal was filed. Mr Byrd was in custody at sentencing The trial phase of Mr Byrd's criminal case has, therefore, come to an end. Having completed his representation of Mr. Byrd, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

Should Mr Byrd require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: July 30, 2025                    /s/ Yan E. Shrayberman
                                        CROWN LAW FIRM


*Yan E. Shrayberman*
YAN E. SHRAYBERMAN
Attorney for Defendant
Kevron Marques Byrd

## [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Byrd status and contact information.

Kevron Byrd
Central Valley Annex
 254 Taylor Avenue
McFarland, CA 93250


**IT IS SO ORDERED**

Dated: July 30, 2025                                        /s/ Jennifer L. Thurston
                                                            UNITED STATES DISTRICT JUDGE